John LARA, Appellant,

v.

The STATE of Texas, Appellee.

No. 27885.

Court of Criminal Appeals of Texas.

Dec. 7, 1955.

Martin & Shown, by W. E. Martin, Houston, for appellant.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is violation of the liquor law, with a prior conviction alleged for enhancement. Upon a plea of guilty before the court, punishment was assessed at a fine of $400.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.